IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00055-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. MILTON GARCIA-ESPINOZA,

    Defendants.

---

**ORDER**

---

This matter is before the Court on the document entitled "Affidavit of Truth" filed by defendant on August 6, 2010 [Docket No. 336]. When a defendant is represented by counsel, this court will not accept *pro se* filings from that defendant. *See United States v. Nichols*, 374 F.3d 959, 964, n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), *reviewed on other grounds*, 543 U.S. 1113 (2005). In this case, the defendant is represented by counsel. As a result, defendant's pleading is improper. Therefore, it is

    ORDERED that Docket No. 336 is STRICKEN.

    DATED August 10, 2010.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge