IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00055-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. MILTON GARCIA-ESPINOZA,

    Defendant.

## ORDER

This matter is before the Court on the document entitled "Petition Giving All Party's Notice of Default and Dishonor to Respond and Disclose May Result in this Agency's Prejudice" filed by defendant on October 22, 2010 [Docket No. 397]. When a defendant is represented by counsel, this court will not accept *pro se* filings from that defendant. *See United States v. Nichols*, 374 F.3d 959, 964, n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), *reviewed on other grounds*, 543 U.S. 1113 (2005). In this case, the defendant is represented by counsel. As a result, defendant's pleading is improper. Therefore, it is

    ORDERED that Docket No. 397 is STRICKEN.

    DATED October 25, 2010.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge